■ In the Matter of LOUIS HOWARD BOEHNER (Also Known as L. HOWARD BOEHNER), an Attorney.— Motion for reinstatement granted. Concur — Stevens, P. J., Eager, McGivern, McNally and Steuer, JJ.